UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| THOMAS CHUNG, *et al.*,<br><br>          Plaintiffs,<br><br>   v.<br><br>OLD REPUBLIC NATIONAL TITLE INSURANCE COMPANY,<br><br>          Defendant. | CASE NO. 2:20-cv-00772-RAJ-JRC<br><br>ORDER CHANGING JOINT STATUS REPORT DEADLINE |

    This matter is before the Court on the parties' joint request by email for an additional two weeks in which to file the joint status report, in light of the parties' ongoing settlement discussions. *See* Dkt. 11, at 1 (allowing such requests). The Court finds good cause and will grant the request. The joint status report is due on or before September 22, 2020.

    Dated this 8th day of September, 2020.

                                                      J. Richard Creatura
                                                  United States Magistrate Judge