UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

THOMAS CHUNG, *et al.*,

        Plaintiffs,

v.

OLD REPUBLIC NATIONAL TITLE INSURANCE COMPANY,

        Defendant.

CASE NO. 2:20-cv-00772-RAJ-JRC

ORDER TO SHOW CAUSE REGARDING JOINT STATUS REPORT

On September 8, 2020, the parties were ordered to submit a Joint Status Report by September 22, 2020. Dkt. 12. They have not done so; nor have they requested an extension of the deadline. The parties are therefore **ORDERED** to show cause why they have not complied with the Court's Order or to file their Joint Status Report on or before **October 2, 2020.**

Dated this 25th day of September, 2020.

                                                                                           */s/ J. Richard Creatura*

                                                            J. Richard Creatura
                                                            United States Magistrate Judge